IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NANCY MURPHY and ROBERT STEWART,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>THOMAS JEFFERSON UNIVERSITY HOSPITALS, INC. d/b/a JEFFERSON HEALTH,<br>　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br>No. 22-4674 |

## ORDER

**AND NOW**, this 10th day of **October 2023**, upon consideration of Defendant Thomas Jefferson University Hospital's Motion to Dismiss (ECF 28), Plaintiffs Nancy Murphy and Robert Stewart's Response in Opposition (ECF 30), Plaintiffs' Motion for Leave to File a Second Amended Complaint (ECF 29), Plaintiffs' Motion for Leave to File a Reply Brief (ECF 31), and both parties' Notices of Supplemental Authority (ECF 32 and 33), and consistent with the accompanying Memorandum of Law, it is **ORDERED** that:

1. Thomas Jefferson University Hospital's Motion to Dismiss (ECF 28) is **GRANTED** and Plaintiffs' Amended Complaint is **DISMISSED** with leave to amend;

2. Plaintiffs' Motion for Leave to File their proposed Second Amended Complaint (ECF 29) is **DENIED**;

3. Plaintiffs' Motion for Leave to File a Reply (ECF 31) is **GRANTED**. The Court has considered their proposed Reply (ECF 31-2) as if it had been docketed; and

4. If Plaintiffs can allege sufficient facts to state a claim, they shall file their Second

Amended Complaint on or before **Friday, October 27, 2023**.

**BY THE COURT:**

_____
**Berle M. Schiller, J.**
