IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY MURPHY, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS JEFFERSON UNIVERSITY HOSPITALS, INC.<br><br>Defendant. | CIVIL ACTION NO.  22-4674 |

## ORDER

**AND NOW,** this 30th day of September 2024, upon consideration of the Motion to Dismiss Plaintiffs' Second Amended Complaint [Doc. No. 39], and the responses thereto, and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the Motion to Dismiss [Doc. No. 39] is **DENIED**. Defendant is **ORDERED** to file an Answer to Plaintiffs' Second Amended complaint [Doc. No. 36] no later than **October 21, 2024.**

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**