IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY MURPHY and ROBERT STEWART,<br>      Plaintiffs,<br>  v.<br><br>THOMAS JEFFERSON UNIVERSITY<br>HOSPITALS INC. d/b/a JEFFERSON<br>HEALTH,<br>      Defendant. | Case No. 22-cv-4674-CMR |

**PLAINTIFFS' FIRST INTERROGATORIES TO JEFFERSON HEALTH**

Pursuant to Fed. R. Civ. P. 33, Nancy Murphy and Robert Stewart ("Plaintiffs") ask Jefferson Health ("Defendant") to answer the following Interrogatories in writing and under oath within 30 days, providing all information reasonably available to Defendant, its employees, representatives, and agents.

**DEFINITIONS, RULES OF CONSTRUCTION AND INSTRUCTIONS**

1. Please apply and follow the Definitions, Rules of Construction, and Instructions described in Plaintiffs' First Document Requests.

2. For each person identified in response to these Interrogatories, please state all job titles they have held during the Relevant Period, their dates of employment in each position, and their primary work location in each position.

3. If Defendant referenced any documents in formulating its Response to any Interrogatory, please include the Bates-stamped page numbers of all referenced documents in each such Response.

1

**RELEVANT PERIOD**

The Relevant Period for these Interrogatories runs from November 22, 2018 to the date of Defendant's Response, and shall include all information that relates to this period, even if possessed before this period. If information possessed before this period is necessary for a complete understanding of any Response, please include it in the Response.

**INTERROGATORIES**

**INTERROGATORY 1**: Identify the person(s) most knowledgeable about Defendant's communications with the Named Plaintiffs and their use of Jefferson Health's web properties.

**INTERROGATORY 2**: Identify all computer systems, servers, networks, or data infrastructure used to host Jefferson Health's web properties, and the person most knowledgeable about these resources.

**INTERROGATORY 3**: Identify all third-party web analytics tools embedded or installed on Jefferson Health's web properties that transmitted data to any third-party concerning any user's interaction with Jefferson Health's Web Properties, the location where these tools were installed, and the date(s) they were installed.

**INTERROGATORY 4**: Identify all data sources configured in the Meta/Facebook Events Manager for every Meta Pixel embedded or installed on Jefferson Health's web properties. For each Meta Pixel, identify the location where it was installed and the date it was installed. For each tracked event, identify the name of the event, all parameters and object properties included with the event, and whether the parameters were provided in hashed or un-hashed format.

2

**INTERROGATORY 5:** Identify the number of people who have been patients of Defendant, the number of people who have visited Jefferson Health's web properties, and the number of people whose data has been transmitted to any third-party by web analytics tools embedded or installed on Jefferson Health's web properties.

**INTERROGATORY 6**: Identify the person most knowledgeable about Defendant's use of third-party web analytics tools on Jefferson Health's web properties.

**INTERROGATORY 7**: Identify the person most knowledgeable about any agreements between Defendant, providers of third-party web analytics tools used on Jefferson Health's web properties, and recipients of information from third-party web analytics tools used on Jefferson Health's web properties.

**INTERROGATORY 8**: Identify the person most knowledgeable about Defendant's efforts to notify patients or users of Jefferson Health's web properties about the presence or effect of third-party web analytics tools installed on Jefferson Health's web properties.

**INTERROGATORY 9**: Identify the person most knowledgeable about Defendant's efforts to secure authorization or consent from patients or users of Jefferson Health's web properties for having personal information collected from their interactions with Jefferson Health's web properties, disclosed to third parties, and used by third parties.

**INTERROGATORY 10**: Identify the person most knowledgeable about the "Notice of Privacy Practices," "Online Privacy Statements," "Patient Rights & Responsibilities," and "Terms and Conditions" Defendant provided to patients or users of Jefferson Health's web properties.

**INTERROGATORY 11**: Identify the person most knowledgeable about all efforts Defendant made to ensure that Jefferson Health's web properties complied with HIPAA and protected users' privacy rights.

**INTERROGATORY 12**: Identify the person most knowledgeable about Defendant's efforts to ensure the personal information collected from users' interactions with Jefferson Health's web properties and disclosed to third parties through its use of third-party web analytics tools complied with the HIPAA de-identification rule.

**INTERROGATORY 13**: Identify the person most knowledgeable about any custom audience list, customer list, patient list, user list (or any similar list) Defendant sent to any third party.

**INTERROGATORY 14**: Identify all people who have received Personal Information collected from users' interactions with Jefferson Health's web properties, the type of Personal Information they received, and the dates during which they received each type of Personal Information.

**INTERROGATORY 15**: Identify all Personal Information Defendant has received from users' interactions with Jefferson Health's web properties through its use of third-party web analytics tools.

**INTERROGATORY 16**: Identify the person most knowledgeable about Defendant's agreements or communications with any provider of third-party web analytics tools used on Jefferson Health's web properties.

**INTERROGATORY 17**: Identify the person most knowledgeable about Defendant's agreements or communications with any recipient of information from third-party web analytics tools used on Jefferson Health's web properties.

**INTERROGATORY 18**: Identify the person most knowledgeable about Defendant's communications with any government agency or regulatory body about the use of third-party web analytics tools on Jefferson Health's web properties.

**INTERROGATORY 19**: Identify all monetary or non-monetary payments, discounts, benefits, consideration, or value Defendant received as a result of installing any third-party web analytics tool on Jefferson Health's web properties.

**INTERROGATORY 20**: Identify the person most knowledgeable about any monetary or non-monetary payments, discounts, benefits, consideration, or value Defendant received as a result of installing any third-party web analytics tool on Jefferson Health's web properties.

**INTERROGATORY 21**: Identify whether Defendant performed any investigation relating to the facts or claims at issue in this action on its own initiative, without the involvement or guidance of its attorneys and, if so, the person most knowledgeable about this investigation.

**INTERROGATORY 22**: Identify all people, including expert witnesses, from whom Defendant intends to offer a sworn statement for any purpose in this action.

**INTERROGATORY 23**: Identify each person who has participated in preparing Defendant's responses to the SAC, Plaintiffs' Interrogatories, or Plaintiffs' Document Requests.

Dated:  December 31, 2024            */s/ David J. Cohen*
David J. Cohen
STEPHAN ZOURAS, LLP
604 Spruce Street
Philadelphia, PA  19106
(215) 873-4836

James B. Zouras
STEPHAN ZOURAS LLP
222 W. Adams Street, Suite 2020
Chicago, Illinois 60606
(312) 233-1550

*Counsel for Plaintiffs*