IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY MURPHY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS JEFFERSON UNIVERSITY HOSPITALS, INC., <br><br> Defendant. | CIVIL ACTION NO. 22-4674 |

# ORDER

**AND NOW,** this 16th day of December 2025, upon consideration of Plaintiffs' Motion for Leave to File Third Amended Complaint, Substitute Named Plaintiff, and Compel Discovery Responses [Doc. No. 61], Defendant's Motion to Dismiss Plaintiffs' Claims for Lack of Jurisdiction [Doc. No. 62], and the responses thereto, it is hereby **ORDERED** that:

1. Defendant's Motion to Dismiss [Doc. No. 62] is **GRANTED** for the reasons stated in the accompanying opinion. Plaintiffs' claims are **DISMISSED without prejudice**.

2. Plaintiffs' Motion for Leave to File Third Amended Complaint, Substitute Named Plaintiff, and Compel Discovery [Doc. No. 61] is **DENIED**.

3. The Clerk of Court is directed to **CLOSE** this case.

It is so **ORDERED.**

                                                                                      **BY THE COURT:**

                                                                                      /s/ Cynthia M. Rufe

                                                                                     **CYNTHIA M. RUFE, J.**